In the Matter of CHARLES CARUSO, JR., Respondent-Appellant, v. INCORPORATED VILLAGE OF SLOATSBURG et al., Appellants-Respondents.

Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.